# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie Josephine Tersigni a/k/a Mary Jo Tersigni<br>      Debtor | |
| | CHAPTER 13 |
| Toyota Lease Trust<br>      Movant | |
|   vs. | |
| Marie Josephine Tersigni a/k/a Mary Jo Tersigni<br>      Debtor | NO. 16-16254 REF |
| Frederick L. Reigle Esq.<br>      Trustee | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Certificate of No Objection of Toyota Lease Trust, which was filed with the Court on or about **March 17, 2017**.

                Respectfully submitted,

                **/s/ Thomas I. Puleo, Esquire**
                Thomas I. Puleo, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

March 23, 2017