*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marie Josephine Tersigni
    Debtor(s)

Case No: 16–16254–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for no homeowner's insurance, underfunded & feasibility Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI (Counsel).

AND

13 Confirmation Hearing.

(Hearings rescheduled from 4/20/17)

    on: 5/18/17

    at: 09:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 3/30/17

Timothy B. McGrath
Clerk of Court

24 – 15
Form 167