**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Marie** | **Josephine** | **Tersigni** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number   16-16254
(if known)

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Bill Gladfelter** | **Residential Lease for 121 S. Carlisle Street, Allentown, PA (Pays $450.00 Per Month)** |
| 2.2 | **Clifford Dinkel** | **Residential Lease for 123 S. Carlisle Street, Allentown, PA (Pays $400.00 Per Month)** |
| 2.3 | **Elba Padilla**<br>**1917 Union Blvd**<br>**Allentown, PA 18109-1629** | **Residential Lease for 1917 Union Blvd, Allentown, PA (Pays $900.00 Per Month)** |
| 2.4 | **Elba Padilla**<br>**1917 Union Blvd**<br>**Allentown, PA 18109-1629** | **Garage Lease for 1917 Union Blvd., Allentown, PA (Pays $200.00 per Month)** |
| 2.5 | **Gene McFadden** | **Residential Lease for 119 (Upper Floor) S. Carlisle Street, Allentown, PA (Pays $525.00 Per Month)** |
| 2.6 | **George Rodriguez**<br>**127 S Carlisle St**<br>**Allentown, PA 18109-2759** | **Residential Lease for 127 S. Carlisle Street, Allentown, PA (Pays $400.00 Per Month)** |
| 2.7 | **Toyota Mtr**<br>**Toyota Financial Services**<br>**PO Box 8026**<br>**Cedar Rapids, IA 52408-8026** | **Auto Lease Account for a 2015 Toyota Corolla - Opened 2/1/2015**<br> **Credit Limit: $12,546.00, Remaining Balance: $5,924.00** |
| 2.8 | **Victor Ortiz** | **Residential Lease for 125 S. Carlisle Street, Allentown, PA (Pays $375.00 Per Month)** |