**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  MARIE JOSEPHINE TERSIGNI, | : | Case No.: 16-16254-REF |
| | : | |
| Debtor. | : | CHAPTER 13 |

## ADDENDUM TO DEBTOR'S FIFTH AMENDED CHAPTER 13 PLAN

AND NOW comes the Debtor, Marie Josephine Tersigni, by and through her attorney, Patrick J. Best, Esquire, of ARM Lawyers who hereby submits this Addendum to the Debtor's Proposed Fifth Amended Chapter 13 Plan.

1. On January 29, 2018, the Debtor filed a proposed Fifth Amended Chapter 13 Plan with this Honorable Court (Docket No. 33).

2. Paragraph 4 §4(a) indicated that the "Toyota Lease Trust (Claim 3-1) had Estimated Arrearage of $1,158.66 however the Amount to be Paid to Creditor by the Trustee was $29.71."

    a. This was a typographical error as the Amount to be Paid to Creditor by the Trustee should've been $1,158.66.

3. In Paragraph §5(a), an amount of $21,408.00 was listed as the total amount to be paid for timely filed unsecured claims.

    a. It was merely the intention of the Debtor to list the total amount of timely filed unsecured claims as opposed to listing each individual claim to be paid.

    b. Paragraph §5(a) should read, "100% of timely filed unsecured claims" in lieu of the total amount to be paid.

4. The undersigned respectfully submits this Addendum in order to have the Debtor's Fifth Amended Chapter 13 Plan confirmed by this Honorable Court.

Date: <u>February 5, 2018</u>        /s/ Patrick J. Best
                                      Patrick J. Best, Esquire
                                      ARM Lawyers
                                      202 Delaware Avenue
                                      Palmerton, PA 18071