# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MARIE JOSEPHINE TERSIGNI,    :    No. 16-16254-REF
                                    :
　　　　Debtor.                      :    Chapter 13

## NOTICE OF MOTION AND RESPONSE DEADLINE

Debtor, Marie Josephine Tersigni, by and through her attorney, Patrick J. Best, Esquire of ARM Lawyers, has filed a Application to Employ a Professional with the court for an Order granting employment of Gay L. Krauss of Weichert Realty to sell the Debtor's residential dwelling.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

　　1. If you do not want the court to grant the relief sought in the motion of if you want the court to consider your views on the motion, then on or before February 12, 2018, you or your attorney must do the following:

　　　　a. File an answer explaining your position at

　　　　　　Office of the Bankruptcy Clerk
　　　　　　The Madison Building
　　　　　　400 Washington Street
　　　　　　Reading, PA 19601

　　If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　b. Mail a copy of the Movant's attorney

　　　　　　Patrick J. Best, Esquire
　　　　　　ARM Lawyers
　　　　　　202 Delaware Avenue
　　　　　　Palmerton, PA 18071

      2.  If you or your attorney do not take the steps described I paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting relief requested in the motion.

      3.  A hearing on the motion will be scheduled by the Clerk if an Answer or Objection is filed.

      4.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witness may testify with respect to disputed material factual issues in the matter directed by Fed. R. Bankr. P. 9014(d).

      5.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).


Date: <u>February 5, 2018</u>                    <u>/s/ Patrick J. Best</u>
                                                   Patrick J. Best, Esq.
                                                   ARM Lawyers
                                                   202 Delaware Avenue
                                                   Palmerton, PA 18071
                                                   484.765.8140
                                                   Attorney for Debtor