**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MARIE JOSEPHINE TERSIGNI,   :      No. 16-16254-REF

                                   :

              Debtor.              :      Chapter 13

## ORDER

AND NOW, upon consideration of the Debtor's Application to Employ Professional to sell the Debtor's residential dwelling and it further appearing that no adverse interested having been represented, it is hereby ORDERED and DECREED that Ms. Gay L. Krauss of Weichert Realty shall be authorized to sell the Debtor's residential dwelling.

Additionally, execution of this Order approving employment is not a guarantee that payment will ultimately be approved in the full amount.  Such compensation is dependent on the consideration of a final application for fees in accordance with *In Re Engel*, 124 F.3rd 567 (3d Cir. 1997).

FOR THE COURT:

**Date: February 14, 2018**

_____

US Bankruptcy Judge Richard E. Fehling

cc:   Patrick J. Best, Esq.
      202 Delaware Avenue
      Palmerton, PA 18071

      Frederick Reigle, Trustee
      2901 St. Lawrence Ave.
      Reading, PA 19606