```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                            Case No. 16-16254-ref
Marie Josephine Tersigni                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 1            Date Rcvd: Feb 14, 2018
                            Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
```
db              Marie Josephine Tersigni,    1436 Calypso Ave,    Bethlehem, PA  18018-4736
cr             +Allentown School District, City of Bethlehem and B,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
NONE           +Appleton, Chase, Cohen & London,    Attn: Daniel J. Cohen, VP,    614 South 8th Street,
                 Philadelphia, PA 19147-2002
cr             +City of Bethlehen, Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
r              +Gay L. Krauss,    Weichert Realty,    2330 Schoenersville Road,    Bethlehem, PA 18017-3602
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, City of Bethlehem and
               Bethlehem Area School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Bethlehen, Bethlehem Area School District
               and Allentown School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              PATRICK J. BEST    on behalf of Debtor Marie Josephine Tersigni patrick@armlawyers.com,
               kevin@armlawyers.com;G29239@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MARIE JOSEPHINE TERSIGNI,    :    No. 16-16254-REF
                                    :
Debtor.                             :    Chapter 13

### ORDER

AND NOW, upon consideration of the Debtor's Application to Employ Professional to sell the Debtor's residential dwelling and it further appearing that no adverse interested having been represented, it is hereby ORDERED and DECREED that Ms. Gay L. Krauss of Weichert Realty shall be authorized to sell the Debtor's residential dwelling.

Additionally, execution of this Order approving employment is not a guarantee that payment will ultimately be approved in the full amount. Such compensation is dependent on the consideration of a final application for fees in accordance with *In Re Engel*, 124 F.3rd 567 (3d Cir. 1997).

FOR THE COURT:

**Date: February 14, 2018**

_____
US Bankruptcy Judge Richard E. Fehling

cc:    Patrick J. Best, Esq.
       202 Delaware Avenue
       Palmerton, PA 18071

       Frederick Reigle, Trustee
       2901 St. Lawrence Ave.
       Reading, PA 19606