## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARIE JOSEPHINE TERSIGNI, | : | No. 16-16254-REF |
| | : | |
| Debtor. | : | Chapter 13 |

### CERTIFICATE OF NO OBJECTION

AND NOW comes the Debtor, Marie Josephine Tersigni (heretofore referred to as the "Debtor"), by and through her attorney, Patrick J. Best, Esquire of ARM Lawyers who files this Certificate of No Objection and, in support thereof, aver as follows:

1. A Motion to Incur Debt was filed on February 21, 2018 and served upon all parties.

2. A Notice of Motion was filed on February 21, 2018, establishing an objection deadline of March 15, 2018.

3. An Amended Notice of Motion was filed on February 23, 2018, establishing an objection deadline of March 15, 2018.

4. The Motion was filed in order to permit Ms. Tersigni to obtain a vehicle after her current lease expired.

5. As of the date and time of this filing, no objections have been filed pertaining to the Debtor's Motion and as such, the Debtor respectfully requests that this Honorable Court grant the Debtor's Motion.

**WHEREFORE**, Debtor, Marie Josephine Tersigni, respectfully requests that this Honorable Court enter an Order permitting Debtor to Incur Debt and to purchase a vehicle as described in the Motion.

Date: <u>March 18, 2018</u>                                                                /s/ Patrick J. Best
                                                                                                         Patrick J. Best, Esq.
                                                                                                         ARM Lawyers
                                                                                                         18 N. 8th St.
                                                                                                         Stroudsburg PA 18360
                                                                                                         Attorney for Debtor