IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARIE JOSEPHINE TERSIGNI, | : | No. 16-16254-REF |
| | : | |
| Debtor. | : | Chapter 13 |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Incur Debt and it further appearing that no adverse interested having been represented, it is hereby ORDERED and DECREED that:

1. The Debtor is authorized to incur the debt to Santander Consumer USA Inc. at the monthly payment of $305.08 for the duration of 72 months in order to purchase the 2016 Hyundai Elantra;

2. Counsel for Debtor is hereby directed to provide a copy of this Order to the Finance Manager of Bethlehem Ford.

FOR THE COURT:

**Date: March 20, 2018**

_____
US Bankruptcy Judge Richard E. Fehling

cc:  Patrick J. Best, Esq.
     18 N. 8th St.
     Stroudsburg PA 18360

     Frederick Reigle, Trustee
     2901 St. Lawrence Ave.
     Reading, PA 19606