IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Marie Josephine Tersigni | : | No. 16-16254-ref |
| | : | |
| Debtor | : | |

## NOTICE OF APPEARANCE

In accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters his

appearance on behalf of Prospect Hills Condominium Association, and requests that the

documents filed in this case are served on him at this address:

Edward Hoffman Jr., Esquire
Barrow|Hoffman
65 W. Street Road, Suite B102
Warminster, PA 18974


Documents:

__X__   All notices entered pursuant to Fed. R. Bankr. P. 2002.

__X__   All documents and pleadings of any nature.


BARROW|HOFFMAN

By: _____
     Edward Hoffman Jr., Esquire
     Attorney for Prospect Hills
     Condominium Association

Date: