United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marie Josephine Tersigni  
    Debtor

Case No. 16-16254-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Mar 20, 2018  
                   Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.
```
db             Marie Josephine Tersigni,    1436 Calypso Ave,    Bethlehem, PA  18018-4736
cr            +Allentown School District, City of Bethlehem and B,   c/o Portnoff Law Associates, Ltd.,
               P.O. Box 3020,    Norristown, PA 19404-3020
cr            +Appleton, Chase, Cohen & London,    Attn: Daniel J. Cohen, VP,    614 South 8th Street,
               Philadelphia, PA 19147-2002
cr            +City of Bethlehen, Bethlehem Area School District,   c/o Portnoff Law Associates, Ltd.,
               P.O. Box 3020,    Norristown, PA 19404-3020
r             +Gay L. Krauss,    Weichert Realty,    2330 Schoenersville Road,    Bethlehem, PA 18017-3602
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, City of Bethlehem and
           Bethlehem Area School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    City of Bethlehen, Bethlehem Area School District
           and Allentown School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          PATRICK J. BEST    on behalf of Debtor Marie Josephine Tersigni patrick@armlawyers.com,
           kevin@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
          THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MARIE JOSEPHINE TERSIGNI,    :    No. 16-16254-REF
                                    :
         Debtor.                    :    Chapter 13

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Incur Debt and it further appearing that no adverse interested having been represented, it is hereby ORDERED and DECREED that:

1. The Debtor is authorized to incur the debt to Santander Consumer USA Inc. at the monthly payment of $305.08 for the duration of 72 months in order to purchase the 2016 Hyundai Elantra;

2. Counsel for Debtor is hereby directed to provide a copy of this Order to the Finance Manager of Bethlehem Ford.

FOR THE COURT:

**Date: March 20, 2018**

_____
US Bankruptcy Judge Richard E. Fehling

cc:    Patrick J. Best, Esq.
       18 N. 8th St.
       Stroudsburg PA 18360

       Frederick Reigle, Trustee
       2901 St. Lawrence Ave.
       Reading, PA 19606