**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MARIE JOSEPHINE TERSIGNI, | : | No. 16-16254-REF |
| | : | |
| Debtor. | : | Chapter 13 |

**CERTIFICATION OF NO OBJECTION TO
DEBTOR'S ATTORNEY'S FEE APPLICATION**

Counsel for Debtor, Patrick J. Best, Esquire, of ARM Lawyers, hereby certifies the following:

1. On April 11, 2018, the undersigned filed an Application for Attorney Compensation which was served to all parties on the Creditors Matrix and Chapter 13 Trustee; a true and correct copy of the Certificate of Service is heretofore attached as "Exhibit A.".

2. The requisite 21 days have passed and no objections to the Fee Application have been filed with your Honorable Court.

3. None of the compensation paid to applicant will be shared with any person other than a member or regular associate or partner of applicant's law firm unless 11 U.S.C. §504(c) applies.

**WHEREFORE**, Applicant requests the approval of an award of $3,500 to be distributed by the Trustee.

Dated: May 4, 2018                               /s/ Patrick J. Best
                                                 Patrick J. Best, Esq., Applicant
                                                 ARM Lawyers
                                                 18 N. 8th St.
                                                 Stroudsburg PA 18360
                                                 570-424-6899