## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARIE JOSEPHINE TERSIGNI,   :   Bankruptcy No.: 16-16254-REF
                                    :
        Debtor.                     :   CHAPTER 13

### ORDER

AND NOW, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that the Fee Application filed by Debtor's Counsel is hereby GRANTED in the of $3,500.00; $597.00 of which was previously paid leaving $2903.00 to be distributed to Debtor's Counsel.

BY THE COURT:

**Date: May 7, 2018**

_____
US Bankruptcy Judge Richard E. Fehling

Copy to:

Patrick J. Best, Esq.
18 N 8th Street
Stroudsburg, PA 18360

Frederick Reigle, Esq.
Standing Chapter 13 Trustee
2901 Saint Lawrence Ave
Reading, PA 19606