United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marie Josephine Tersigni  
    Debtor

Case No. 16-16254-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: May 07, 2018  
                    Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.
```
db              Marie Josephine Tersigni,    1436 Calypso Ave,    Bethlehem, PA  18018-4736
cr             +Allentown School District, City of Bethlehem and B,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
cr             +Appleton, Chase, Cohen & London,    Attn: Daniel J. Cohen, VP,    614 South 8th Street,
                 Philadelphia, PA 19147-2002
cr             +City of Bethlehen, Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
r              +Gay L. Krauss,    Weichert Realty,    2330 Schoenersville Road,    Bethlehem, PA 18017-3602
cr             +Prospect Hills Condominium Association,    c/o Edward Hoffman Jr., Esquire,    65 W. Street Road,
                 Suite B102,    Warminster, PA 18974-3216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2018 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          HAL A. BARROW    on behalf of Creditor    Prospect Hills Condominium Association kelly@barrowlaw.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, City of Bethlehem and
           Bethlehem Area School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    City of Bethlehen, Bethlehem Area School District
           and Allentown School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          PATRICK J. BEST    on behalf of Debtor Marie Josephine Tersigni patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARIE JOSEPHINE TERSIGNI,  :  Bankruptcy No.: 16-16254-REF
                                    :
            Debtor.                 :  CHAPTER 13

### ORDER

AND NOW, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that the Fee Application filed by Debtor's Counsel is hereby GRANTED in the of $3,500.00; $597.00 of which was previously paid leaving $2903.00 to be distributed to Debtor's Counsel.

BY THE COURT:

**Date: May 7, 2018**

_____
US Bankruptcy Judge Richard E. Fehling

Copy to:

Patrick J. Best, Esq.
18 N 8th Street
Stroudsburg, PA 18360

Frederick Reigle, Esq.
Standing Chapter 13 Trustee
2901 Saint Lawrence Ave
Reading, PA 19606