# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Marie Josephine Tersigni aka Mary Jo Tersigni <br> Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust <br> Movant <br> vs. <br> Marie Josephine Tersigni aka Mary Jo Tersigni <br> Debtor(s) | NO. 16-16254 REF |
| Frederick L. Reigle Esq. <br> Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA COROLLA, VIN: 2T1BURHE3FC253118  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Date: May 16, 2018**

United States Bankruptcy Judge.