United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marie Josephine Tersigni  
    Debtor

Case No. 16-16254-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: May 16, 2018  
                           Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
```
db             Marie Josephine Tersigni,    1436 Calypso Ave,    Bethlehem, PA  18018-4736
cr            +Allentown School District, City of Bethlehem and B,   c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,    Norristown, PA 19404-3020
cr            +Appleton, Chase, Cohen & London,    Attn: Daniel J. Cohen, VP,    614 South 8th Street,
                Philadelphia, PA 19147-2002
cr            +City of Bethlehen, Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,    Norristown, PA 19404-3020
r             +Gay L. Krauss,    Weichert Realty,    2330 Schoenersville Road,    Bethlehem, PA 18017-3602
cr            +Prospect Hills Condominium Association,    c/o Edward Hoffman Jr., Esquire,    65 W. Street Road,
                Suite B102,    Warminster, PA 18974-3216
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              HAL A. BARROW    on behalf of Creditor    Prospect Hills Condominium Association kelly@barrowlaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, City of Bethlehem and
               Bethlehem Area School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Bethlehen, Bethlehem Area School District
               and Allentown School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              PATRICK J. BEST    on behalf of Debtor Marie Josephine Tersigni patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Marie Josephine Tersigni aka Mary Jo Tersigni<br>Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>Movant<br>vs. | NO. 16-16254 REF |
| Marie Josephine Tersigni aka Mary Jo Tersigni<br>Debtor(s) | |
| Frederick L. Reigle Esq.<br>Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA COROLLA, VIN: 2T1BURHE3FC253118  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Date: May 16, 2018**

United States Bankruptcy Judge.