## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARIE JOSEPHINE TERSIGNI,   :   Case No.: 16-16254-REF
:
Debtor.   :   CHAPTER 13

### ORDER

AND NOW, upon consideration of Debtor's Praecipe for Voluntary Dismissal of Chapter 13 Case, it is hereby ORDERED that the Chapter 13 Case is Dismissed.

BY THE COURT:

**Date: September 12, 2018**

_____
US Bankruptcy Judge Richard E. Fehling

Copy to:

Patrick J. Best, Esq.
18 N 8th Street
Stroudsburg, PA 18360

William Miller, Esq.
Interim Chapter 13 Trustee
2901 Saint Lawrence Ave
Reading, PA 19606