United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 16-16254-ref
Marie Josephine Tersigni                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4              User: Lisa                    Page 1 of 3                 Date Rcvd: Sep 12, 2018
                                  Form ID: pdf900               Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.

```
db              Marie Josephine Tersigni,   1436 Calypso Ave,   Bethlehem, PA  18018-4736
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             +Allentown School District, City of Bethlehem and B,   c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,   Norristown, PA 19404-3020
cr             +Appleton, Chase, Cohen & London,   Attn: Daniel J. Cohen, VP,   614 South 8th Street,
                 Philadelphia, PA 19147-2002
cr             +City of Bethlehen, Bethlehem Area School District,   c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,   Norristown, PA 19404-3020
r              +Gay L. Krauss,   Weichert Realty,   2330 Schoenersville Road,   Bethlehem, PA 18017-3602
13787370       +Allentown School District,   P.O. Box 3020,   Norristown, PA 19404-3020
13812352       +Allentown School District,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
13787371        Apex Asset,   2501 Oregon Pike,   Lancaster, PA  17601-4890
13787372        Appleton, Chase, Cohen & London,   PO Box 226,   Voorhees, NJ  08043-0226
13787374        Berkheimer Tax Administrator,   P.O. Box 25143,   Lehigh Valley, PA  18002-5143
13812356       +Bethlehem Area School District,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
13787375       +Bethlehem Area School District,   1516 Sycamore St,   Bethlehem, PA 18017-6099
13787376      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,    21210 Erwin St,   Woodland Hills, CA  91367-3714)
13787377        Chase Card,   PO Box 15298,   Wilmington, DE  19850-5298
13787378        Chase Card Services,   Attn: Correspondence Dept,   PO Box 15298,   Wilmington, DE  19850-5298
13787379        Citi,   PO Box 790040,   Saint Louis, MO  63179-0040
13787380       +City Of Allentown,   435 Hamilton Street, Room 110 Taxes,   Allentown, PA 18101-1603
13825607       +City of Allentown,   Revenue and Audit Bureau,   435 Hamilton St Rm 215,
                 Allentown PA 18101-1603
13787381       +City of Bethlehem,   10 E Church St,   Bethlehem, PA 18018-6028
13812361       +City of Bethlehem,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
13814136       +City of Bethlehem,   c/o James R. Woods, Esq.,   2700 Horizon Drive, Suite 100,
                 King of Prussia, PA 19406-2726
13787382        City of Bethlehem EMS,   540 Stefko Blvd,   Bethlehem, PA  18017-7052
13787384        Credit Control LLC,   PO Box 31179,   Tampa, FL  33631-3179
13841492        Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
13787388        Dsnb Macys,   9111 Duke Blvd,   Mason, OH  45040-8999
13787389        EOS CCA,   PO Box 981002,   Boston, MA  02298-1002
13787391        Estate Information Services, LLC,   P.O. Box 1730 D/B/A EIS Collections,
                 Reynoldsburg, OH  43068-8730
13787392        Financial Recovery,   PO Box 1388,   Mount Laurel, NJ  08054-7388
13787393       +Grange Mutual Casualty Company,   671 S High St,   Columbus, OH 43206-1049
13787394        HCR ManorCare Services,   Facility 0573,   PO Box 637602,   Cincinnati, OH  45263-7602
13787395        I C System,   PO Box 64378,   Saint Paul, MN  55164-0378
13787396        Jeffrey P. Kelly, Esq.,   Portnoff Law Associates LTD,   PO Box 391,
                 Norristown, PA  19404-0391
13819366       +Lehigh County Authority,   PO Box 3348,   Allentown, PA 18106-0348
13787397        Lehigh County Authority Allentown,   P.O. Box 3758,   Allentown, PA  18106-0758
13787398       +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Government Center, Room 119,
                 Allentown, PA 18101-2401
13787399        Lehigh Valley Physicians Group,   P.O. Box 8500 Box #4096,   Philadelphia, PA  19178-4096
13787402       +MRS Associates,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
13787400       +Medical Imaging Of Lehigh Valley,   P.O. Box 3226,   Allentown, PA 18106-0226
13787403        Northeastern Revenue Services,   17 S 7th St,   Allentown, PA  18101-2401
13787408        PP&L Electric Utilities,   P.O. Box 25239,   Lehigh Valley, PA  18002-5239
13787404       +Peerless Credit Services Inc.,   P.O. Box 518,   Middletown, PA 17057-0518
13787405      #+Penn Credit Corp,   916 South 14th Street,   Harrisburg, PA 17104-3425
13787406       #Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA  17104-3425
13787407        PennCredit,   916 S 14th St,   Harrisburg, PA  17104-3425
13787410        Prospect Hills Condominium Association,   c/o Ernest M. Josar, President,   339 13th Ave,
                 Bethlehem, PA  18018-4731
14044522       +Prospect Hills Condominium Association,   c/o MRH Enterprise LLC,
                 1150 Glenlivet Drive, Suite A-16,   Allentown, PA 18106-3112
14077622       +Prospect Hills Condominium Association,   c/o Edward Hoffman Jr., Esquire,
                 65 W. Street Road, Suite B102,   Warminster, PA 18974-3216
13787409        Prospect Hills Condominium Association,   c/o Cord Burk, Treasurer,   341 13th Ave,
                 Bethlehem, PA  18018-4731
13787411        Reading Elevator Service, Inc.,   PO Box 217,   Reading, PA  19603-0217
13787412        Receivable Management Services Corp.,   PO Box 361625,   Columbus, OH  43236-1625
13787413        Robert Gould, CPA,   600 Avenue A,   Phillipsburg, NJ  08865-1833
```

```
District/off: 0313-4          User: Lisa                 Page 2 of 3                   Date Rcvd: Sep 12, 2018
                              Form ID: pdf900            Total Noticed: 79


13787414       ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,    PO Box 742596,   Cincinnati, OH 45274-0000)
13787416       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Mtr,    Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52408-8026)
13804183       +Toyota Lease Trust,   c/o TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,
                 ADDISON, TEXAS 75001-9013
13874285       +Toyota Lease Trust,   c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13787415       +Toyota Motor Credit Co,   240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13787417       +UGI Utilities Inc,   P.O. Box 15523,    Wilmington, DE 19850-5523
13787421        VSAS Orthopedics,   1250 S Cedar Crest Blvd,    Allentown, PA 18103-6224
13787420        Visa Dept Store National Bank,    Attn: Bankruptcy,   PO Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2018 02:27:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13787373        E-mail/Text: legal@arsnational.com Sep 13 2018 02:26:49     ARS National Services Inc.,
                 P.O Box 469046,   Escondido, CA 92046-9046
13792458        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2018 02:46:36
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK 73124-8848
13837337        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2018 02:46:36
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13787383        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2018 02:26:50     Comenity Bank/Bon Ton,
                 3100 Easton Square Pl,   Columbus, OH 43219-6232
13787386        E-mail/PDF: creditonebknotifications@resurgent.com Sep 13 2018 02:44:49     Credit One Bank NA,
                 PO Box 98872,   Las Vegas, NV 89193-8872
13787387        E-mail/PDF: creditonebknotifications@resurgent.com Sep 13 2018 02:46:18     Credit One Bank NA,
                 PO Box 98873,   Las Vegas, NV 89193-8873
13787390       +E-mail/Text: bankruptcy@erieinsurance.com Sep 13 2018 02:27:47     Erie Insurance Exchange,
                 100 Erie Insurance Place,   Erie, PA 16530-0001
13838442        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2018 02:44:54
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
13849930       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 13 2018 02:27:09     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
13787401        E-mail/Text: bankruptcydpt@mcmcg.com Sep 13 2018 02:27:09     Midland Funding,
                 2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
13789544       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:27:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13823128        E-mail/Text: bnc-quantum@quantum3group.com Sep 13 2018 02:26:51
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13787418        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 13 2018 02:26:42
                 Verizon,   500 Technology Dr Ste 500,    Weldon Spring, MO 63304-2225
13787419        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 13 2018 02:26:42
                 Verizon Wireless,   PO Box 49,   Lakeland, FL 33802-0049
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13833950        PPL Electric Utilities, 827 Hausman Road, Allentow
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            +Prospect Hills Condominium Association,    c/o Edward Hoffman Jr., Esquire,   65 W. Street Road,
                 Suite B102,   Warminster, PA 18974-3216
13787385*       Credit Control, LLC,   PO Box 31179,    Tampa, FL 33631-3179
                                                                                              TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-4          User: Lisa                  Page 3 of 3                  Date Rcvd: Sep 12, 2018
                              Form ID: pdf900             Total Noticed: 79
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              HAL A. BARROW    on behalf of Creditor    Prospect Hills Condominium Association kelly@barrowlaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District, City of Bethlehem and
               Bethlehem Area School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Bethlehen, Bethlehem Area School District
               and Allentown School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              PATRICK J. BEST    on behalf of Debtor Marie Josephine Tersigni patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 14
```

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  MARIE JOSEPHINE TERSIGNI,  :  Case No.: 16-16254-REF
                                   :
           Debtor.                 :  CHAPTER 13

**ORDER**

AND NOW, upon consideration of Debtor's Praecipe for Voluntary Dismissal of Chapter 13 Case, it is hereby ORDERED that the Chapter 13 Case is Dismissed.

BY THE COURT:

**Date: September 12, 2018**

_____
US Bankruptcy Judge Richard E. Fehling

Copy to:

Patrick J. Best, Esq.
18 N 8th Street
Stroudsburg, PA 18360

William Miller, Esq.
Interim Chapter 13 Trustee
2901 Saint Lawrence Ave
Reading, PA 19606